12/17/2015

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/17/2015 4:06:46 PM
CHRISTOPHER A. PRINE
Clerk

TO: FIRST COURT OF APPEALS

FROM: DEPUTY CLERK: DUANE C. GILMORE
CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

CASE NO:     2014-54153     COURT:     281ST     TENTATIVE DUE DATE:     1/16/2016

APPEAL TYPE     REGULAR (MTN FOR NEW TRIAL FILED)     CASE STATUS:     DISPOSED (FINAL)

APPELLANT:     DON MCCAFFETY

APPELLEE:     ANGELA BLANCHARD ET AL

EVENT FILE DATE     12/15/2015     NUMBER OF DAYS: 120

EVENT CODES;     BC, C, OA, H

FILED BY:     **DON MCCAFFETY**     TBN:     **1 (Pro Se)**

DATE ORDER SIGNED     9/18/2015

COURT ASSIGNED TO:     FIRST COURT OF APPEALS

IMAGE NO:     67098682     VOLUME:     PAGE:

MOTION FOR NEW TRIAL FILING DATE:     : October 29, 2015

NOTES:     Pauper's Oath Filed

**CHRIS DANIEL**
**Harris County, District Clerk**

By:   **/s/ DUANE C. GILMORE**
DUANE C. GILMORE, Deputy

BC     NOTICE OF APPEAL FILED
BG     NOTICE OF APPEAL FILED – GOVERNMENT
C     JUDGMENT BEING APPEALED
D -     ACCELERATED APPEAL
OA     NO CLERK'S RECORD REQUEST FILED W/NOTICE OF APPEAL
O     CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA     AMENDED NOTICE OF APPEAL
H     PAUPER'S OATH FILED

**FILED**
Chris Daniel
District Clerk

DEC 1 7 2015

Time: 1:23
Harris County, Texas

By_____ Deputy

CONFIRMED FILE DATE:: 12/15/2015

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

1st COA

2014 54153

DON McCAFFETY §
PLAINTIFF PRO SE §
APPELLATE §
PRO SE §
VS, §
ANGELA BLANCHARD §
DEF, I. §
AND §
NEIGHBOR HOOD CENTERS §
INC, DEF II §

IN THE 281st

JUDICIAL DISTRICT

COURT, HARRIS

COUNTY, TEXAS

NOTICE of APPEAL
AND

APPEAL FOR JUDICIAL ERROR
AND

JUDICIAL MIS Conduct, SUMMARY
Judgment AND ASK THIS COURT FOR NEW FAIR TRIAL

TO THE COURT:

COMES DON McCAFFETY PLAINTIFF
PRO SE AND FILES THE ABOVE FOR
GOOD CAUSE SHOWN AS FOLLOWS:
I. ATTACHED
COMPLAINT TO STATE COMMISSION
ON JUDICIAL Conduct EXPLAINS
COURTS JUDICIAL ERROR AND

JUDICIAL MISCONDUCT AND WRONG DOINGS AND DENIED PLAINTIFF'S CIVIL RIGHTS TO A FAIR AND UN BIAS TRIAL OR JUDICIAL PROCEEDINGS AND CREATED A HOSTILE ENVIRONMENT IN HER COURT ROOM FOR PLAINTIFF PRO SE DON MCCAFFETY.

RESPECTFULLY SUBMITTED

Don Mc_____

DON MCCAFFETY PLAINTIFF PRO SE

12-16-15
DATE

P.O. BOX 11181
HOUSTON, TEXAS
77293
281-995-7768

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

# State Commission on Judicial Conduct

PO Box 12265
Austin, TX 78711-2265
Tel. (512) 463-5533 · Toll Free: (877) 228-5750

## Complaint Form

- *If you are filing a complaint about more than one judge, please use a separate form for each judge.*
- *You may complete this form online before printing.*
- *Send the completed form and any additional pages or related documents to SCJC.*

For SCJC use only.

\* Indicates required fields.      Please note that faxed complaints will NOT be accepted.

*Your name: Don McCaffety

*Mailing Address: P.O. Box 11181

*City, State Zip: Houston, Texas 77293

*Date of Birth: 10-08-1950

Your Phones: Day (281) 995-7768

Cell/Other (281) 995-7768

*Judge: Sylvia Matthews

*Court Number: 281 Judicial District

*City and County: Houston, Harris, Texas

Evening (281) 995-7768

Best time to call you: 10:00  ☑A.M. ☐P.M.

### If your complaint involves a court case, please provide the following information:

Cause Number: 2014-54153

Your attorney: Pro Se

Address: P.O. Box 11181

City/Zip: Houston

Phone Number(s): 281-995-7768

Status of your case: ☑Pending ☑Concluded ☐On appeal

Opposing Attorney: Ross Darville

Address: 1021 Main St, #1290

City/Zip: Houston, Texas 77002

Phone Number(s): 281-953-2222

### PLEASE FILL IN ALL INFORMATION AVAILABLE FOR ANY WITNESSES (attach additional pages as needed)

Name: Court Staff

Address: And Record

Phone Number(s): _____

What did this person witness?

ALL, A MATTER ON THE RECORD

Name: Court Staff

Address: And Record

Phone Number(s): _____

What did this person witness?

ALL, A MATTER ON THE RECORD

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

**If you are submitting documents, please provide copies, not originals.**

*I understand that as part of the Commission's investigation the judge may be provided a copy of this complaint. Please note - the Commission will do its best to maintain your confidentiality, **if you so request**. However, it may not be possible for us to pursue our investigation without revealing your identity at some point. If it is necessary to reveal your identity directly to the judge, we will advise you before proceeding.*

*I request that my identity be kept confidential. ☐Yes ☑No

*Signature: Don McCaffety

*Date: 11-10-15

How did you hear about the State Commission on Judicial Conduct? (*please select one*) ☐ State Bar of Texas

☐ Another State agency ☐ News media ☐ Attorney ☐ Friend ☐ Other: _____

Revised 07/13/2009

# Details of Complaint

Please type or print the factual details of your complaint in the space provided below. **Please include the date(s) of the alleged misconduct.** If more space is needed, attach additional sheets. Please sign and date each additional sheet. Your complaint should be as specific as possible, PLEASE DO NOT CITE CASE LAW IN YOUR COMPLAINT.

*Date(s) of Alleged Misconduct of Judge: CASE 9-20-14 — TO PRESENT TIME

*Factual Details of your complaint against Judge: UNETHICAL Conduct FOR A JUDGE

1. DENIED REFUSED MY DISCOVERY REQUEST AT LEAST 3 TIMES, WAS FILED WITH PETITION

2. AND THEN SAID I HAD NO EVIDENCE TO PROCEED WITH CASE TO JURY TRIAL AFTER REFUSEING ALL REQUESTS FOR DISCOVERY OR TO COMPEL DISCOVERY

3. EXCEPTED EVIDENCE FROM DEF. NOT PRODUCED IN DISCOVERY AND NO LETTER OF INTENT FILED OR SERVED

4. REFUSED TO INFORCE SUBPOENAS WITNESS PROPERLY SERVED TO TESTIFY

5. REFUSED TO LET ALL QUESTIONS BE ASK FROM WITNESS ON THE STAND

6. PASSED OVER PLAINTIFF PROSE MOTION FOR CONTINUANCE BEFORE SUMMARY JUDGMENT HEARING

7. REFUSED PLAINTIFF TO SUPPLEMENT SUMMARY JUDGMENT EVIDENCE AT HEARING AND AFTER BEFORE JUDGMENT WAS SIGNED

8. SCREAMS LIKE A WILD BALLIFE IN COURT

9. JUDGE HAS A ANGER PROBLEM (PAGE 1 of 2)

*Printed Name: DON McCAFFETY

*Signature: Don McCaffety

*Date: 11-10-15

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

10. AT HEARING WHEN PLAINTIFF FILED MOTION TO SUPPLEMENT SUMMARY JUDGMENT EXHIBIT EVIDENCE AND ASK FOR A NEW TRIAL, JUDGE MATHEWS DENIED PLAINTIFFS MOTION AND SAID IN ORDER, AFTER ARGUMENTS THE COURT DENIES MOTION (AND DEFENDANT OR DEFENDANTS ATTORNEY ROSS DARVILLE DID NOT EVEN COME TO COURT AND STILL WON THE MOTION)

11. TO PLAINTIFF LOOKS LIKE PAY OFF.

JUDGE SCREAMED AT PLAINTIFF WHEN PLAINTIFF TOLD THE COURT THAT DEFENDANTS ATTORNEY ROSS DARVILLE HANDED PLAINTIFF A CASE PAPER IN COURT ABOUT A PRIEST RAPING 2 NUNS, NOT THE DISMISSAL DOCUMENT THE JUDGE TOLD HIM TO GIVE IN COURT, JUDGE SCREAMED AT PLAINTIFF AND LEFT THE BENCH. (WRONG CASE PAPER HANDED)

12. JUDGE MATHEWS IS VERY DISRESPECTFULL IN COURT RESPECT GETS RESPECT

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

PAGE 2          11-10-15

13. Judge Matthews allowed and condoned Attorney Ross Darville to exploit the tragic death of my 8 year old grandson to get my case dismissed, and it was a moot too, (the case was dismissed on Plaintiff's own motion without prejudice on grandson's death)

14. Judge Matthew refused to sanction Ross Darville for his exploitation of my dead grandson (but sanction plaintiff $500.00 for sending a copy to defendant to let them know what their attorney had done.)

15. Judge Matthew allowed Attorney Ross Darville to move for sanctions every time plaintiff filed a motion and even at the court to give plaintiff 2 years in jail.

16. Plaintiff was so intemadated with the Judge Matthews actions, plaintiff even ask for permission to speak up to or seek, but Judge Matthews

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Darville Page 3. 11-10-15

WOULD SAY, NOT YOUR TURN

17, JUDGE MATTHEWS HAS CREATED A HOSTILE ENVIRONMENT IN HER COURT ROOM FOR PLAINTIFF

A, SCREAMING AT PLAINTIFF

B, STAIRING DOWN AT PLAINTIFF

C, PLACING A COP WITH A GUN 3 FEET OVER PLAINTIFF'S SHOLDER

D, JUST GIVING THE IMPRESSION THAT PLAINTIFF'S CASE DID NOT MATTER AND WAS AN REAL PROBLEM FOR HER.

E, AND AT ALL COST DEFENDANT WOULD PREVAIL

F, DEFENDANT DID NOTHING WRONG FROM DAY 1

9, REFUSED TO COMPEL DISCOVERY FOR PLAINTIFF TO GAIN ANY EVIDENCE WHAT SO EVER

10. SEEMS LIKE JUDGE SYLVIA MATTHEW WAS PAID OFF BY DEFENDANTS

PAGE 4, 11-10-15

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

PROOF OF SERVICE

A TRUE COPY HAS BEEN SENT

TO 14th COURT OF APPEALS / IN HAND

TO 1st COURT OF APPEALS / IN HAND

TO COURT REPORTER / IN HAND
        281st COURT

TO ROSS DARVALLE / FIRST CLASS
                         U.S. MAIL
    1021 MAIN #1290
    HOUSTON, TEXAS 77002


ON 12-17-15 BY _Don McCaffety_ 12-16-15

DON MCCAFFETY
P.O. BOX 11181
HOUSTON, TEXAS
            77293
    281-995-7768

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

8/25/2015 4:55:04 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 6650074
By: FORD, DAVIA
Filed: 8/25/2015 4:55:04 PM

Pgs-1

PC

7

CAUSE NO. 2014-54153

| | | |
|---|---|---|
| DON MCCAFFETY | § | IN THE DISTRICT COURT |
|    Plaintiff | § | |
| | § | |
| V. | § | 281ST DISTRICT COURT |
| | § | |
| ANGELA BLANCHARD and | § | |
| NEIGHBORHOOD CENTERS INC. | § | |
|    Defendants | § | HARRIS COUNTY, TEXAS |

## PARTIAL SUMMARY JUDGMENT

On this date, the Court heard Defendant NEIGHBORHOOD CENTERS INC.'s Traditional Motion for Summary Judgment, Defendant Neighborhood Center Inc.'s First Supplemental Traditional Motion for Summary Judgment, the summary judgment evidence, and the argument of counsel. The Court, after examining the pleadings timely filed, the motion for summary judgment, the response filed by Plaintiff Don McCaffety, and the summary judgment evidence admitted for consideration, determined that Defendant Neighborhood Centers Inc. is entitled to summary judgment as follows:

IT IS ORDERED that Plaintiff Don McCaffety take nothing against Defendant Neighborhood Centers Inc., that all claims asserted by Plaintiff are denied, and that all costs of court be taxed against Plaintiff.

This judgment finally disposes of all claims against Defendant Neighborhood Centers Inc. and is appealable.

Signed this _____ day of _____, 2015.

Signed:
9/18/2015

_____
JUDGE PRESIDING

8/25/2015 4:44:02 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 6649621
By: FORD, DAVIA
Filed: 8/25/2015 4:44:02 PM

Pgs-1

PC
7A

## CAUSE NO. 2014-54153

| | | |
|---|---|---|
| DON MCCAFFETY | § | IN THE DISTRICT COURT |
|     Plaintiff | § | |
| | § | |
| V. | § | 281ST DISTRICT COURT |
| | § | |
| ANGELA BLANCHARD and | § | |
| NEIGHBORHOOD CENTERS INC. | § | |
|     Defendants | § | HARRIS COUNTY, TEXAS |

## FINAL SUMMARY JUDGMENT

On this date, the Court heard Defendants ANGELA BLANCHARD and NEIGHBORHOOD CENTERS INC.'s No Evidence Motion for Summary Judgment, Defendants' First Supplemental No Evidence Motion for Summary Judgment, the summary judgment evidence, and the argument of counsel. The Court, after examining the pleadings timely filed, the motion for summary judgment, the response filed by Plaintiff Don McCaffety, and the summary judgment evidence admitted for consideration, determined that Defendants Angela Blanchard and Neighborhood Centers Inc. are entitled to summary judgment as follows:

IT IS ORDERED that Plaintiff Don McCaffety take nothing against Defendants Angela Blanchard and Neighborhood Centers Inc., that all claims asserted by Plaintiff are denied, and that all costs of court be taxed against Plaintiff.

All relief requested in this case and not expressly granted is denied. This judgment finally disposes of all parties and claims and is appealable.

Signed this _____ day of _____, 2015.

Signed:
9/18/2015

_____
JUDGE PRESIDING

8/25/2015 5:13:17 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 6650629
By: FORD, DAVIA
Filed: 8/25/2015 5:13:17 PM

Pgs-1

7A

CAUSE NO. 2014-54153

| | | |
|---|---|---|
| DON MCCAFFETY | § | IN THE DISTRICT COURT |
|   Plaintiff | § | |
| | § | |
| V. | § | 281ST DISTRICT COURT |
| | § | |
| ANGELA BLANCHARD and | § | |
| NEIGHBORHOOD CENTERS INC. | § | |
|   Defendants | § | HARRIS COUNTY, TEXAS |

**FINAL**
## ~~PARTIAL~~ SUMMARY JUDGMENT

On this date, the Court heard Defendant ANGELA BLANCHARD'S Second Traditional Motion for Summary Judgment, the summary judgment evidence, and the argument of counsel. The Court, after examining the pleadings timely filed, the motion for summary judgment, the response filed by Plaintiff Don McCaffety, and the summary judgment evidence admitted for consideration, determined that Defendant Angela Blanchard is entitled to summary judgment as follows:

IT IS ORDERED that Plaintiff Don McCaffety take nothing against Defendant Angela Blanchard, that all claims asserted by Plaintiff are denied, and that all costs of court be taxed against Plaintiff.

This judgment finally disposes of all claims against Defendant Angela Blanchard and is appealable.

Signed this _____ day of _____, 2015.

Signed:
9/18/2015
_____
JUDGE PRESIDING

JWEB    INT    65.10    CIVIL SYSTEM | CIVIL CASE INTAKE | GENERAL PARTY INQUIRY INT65.10    GILMORE, DUANE    DECEMBER 17, 2015

**(4) CONNECTION(S) FOUND.**

| CASE NUM: | 201454153 | PJN: | | TRANS NUM: | | CURRENT COURT: | 281 | PUB: | Please Select |

| CASE TYPE: | **OTHER CIVIL** | | CASE STATUS: | **DISPOSED (FINAL)** |

| STYLE: | **MCCAFFETY, DON** | VS | **BLANCHARD, ANGELA** |

**** INACTIVE PARTIES ****

| PJN | PER/CONN | COC | BAR | PERSON NAME | PTY STAT | ASSOC. ATTY |
|-----|----------|-----|-----|-------------|----------|-------------|
| ☐ | 00004 - 0001 | AGT | | NEIGHBORHOOD CENTERS INC BY SERVING ITS | | |
| ☐ | 00003 - 0001 | DEF | 00796956 | NEIGHBORHOOD CENTERS INC | | LILES, TODD JONATHAN |
| ☐ | 00002 - 0001 | DEF | 00796956 | BLANCHARD, ANGELA | D | LILES, TODD JONATHAN |
| ☐ | 00001 - 0001 | PLT | | MCCAFFETY, DON | | PRO-SE |

| Submit Query | 1 | Total Pages | **Submit Query** | **Submit Query** | 1 | **Submit Query** | **Submit Query** | Records Per-Page | 20 |

| ATY INQ | ACT UPDT | SERV ISSU | DOCU INQ | CASE SUMM INQ | PTY ADDR |
| ATY SUB | MUL ATY SUB | ATY W/DRAWL | PTY W/DRAWL | | |

Harris County Information Technology Center (ITC) Justice Applications